No. 97–6691.   ONE JUVENILE MALE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 97–6835.   BARR *v.* JONES, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 97–6836.   WEE ET UX. *v.* ANDREWS ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 97–7038.   STEARNS ET AL. *v.* GREGOIRE, ATTORNEY GENERAL OF WASHINGTON, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 97–7058.   TAYLOR *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 97–7273.   LEE *v.* ARIZONA (two judgments).   Sup. Ct. Ariz.   Certiorari denied.

No. 97–7278.   KEVIN B. *v.* NEW HAMPSHIRE.   Sup. Ct. N. H.   Certiorari denied.

No. 97–7283.   BROWN *v.* WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 97–7303.   SIMPSON *v.* PHILLIPS, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 97–7304.   SWAFFORD *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 97–7332.   MUHAMMAD, AKA GARRETT *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 97–7333.   LEWIS *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 97–7337.   MCPHERSON *v.* VANDLEN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 97–7338.   JACKSON *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 97–7339.   LAWRENCE *v.* EVANS, WARDEN.   C. A. 10th Cir.   Certiorari denied.